COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00857-CR |
| Style: | Justin Daren Buxton v. The State of Texas |
| Date motion filed*: | January 20, 2016 |
| Type of motion: | First Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?     No.

If motion to extend time:

Original due date:     December 31, 2015

Number of extensions granted:     0          Current Due Date: December 31, 2015

Date Requested:     April 18, 2016 (109 days from due date)

Ordered that motion is:

☒ Granted in part

      If document is to be filed, document due:  March 30, 2016.

      ☒     No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

Because appellant's counsel states that she needs additional time to file appellant's brief in this appeal since she has been counsel on an unrelated death penalty case with a January 20, 2016 execution date and counsel on another capital murder case with a January 19, 2016 hearing date, her first extension is **granted in part** for 90 days, but **no further extensions will be granted** given the length of the extension. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  Accordingly, if appellant's brief is not filed by **March 30, 2016**, the Court may abate this appeal for a late-brief hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes

      ☒ Acting individually     ☐ Acting for the Court

Date:  February 2, 2016

November 7, 2008 Revision